IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Althea Dixon | ) | 21 B 10271 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge Hunt |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Althea Dixon  
152 Ridgewood Court  
Bolingbrook, IL 60440

Lee Ratliff & Assoc. LLC  
PO Box 677  
Flossmoor, IL 60422

Please take notice that on November 19, 2021 at 10:45 AM a representative of this office shall appear and present this motion.

**This motion will be presented and heard electronically using Zoom for Government. No personal appearance is necessary or permitted. To appear and be heard for the motion, you must do the following:**

To appear by video, use this link: **https://www.zoomgov.com/join**, then enter the meeting ID and passcode.

To appear by telephone, call Zoom for Government at **1-669-254-5252** or **1-646-828-7666**, then enter the meeting ID and passcode.

**Meeting ID and Passcode: The Meeting ID for this hearing is 161 165-5696 and the Passcode is 7490911**

**IF A PARTY OBJECTS TO THIS MOTION AND WANTS IT TO BE CALLED, THE PARTY MUST FILE A NOTICE OF OBJECTION NO LATER THAN TWO (2) BUSINESS DAYS BEFORE THE PRESENTMENT DATE. (See General Order 20-03)**

I certify that this office caused a copy of this notice to be delivered to attorney through the CM/ECF system and to the above listed debtor(s) by depositing it in the U.S. Mail on November 10, 2021.

                                                                       /s/ Gerald Mylander  
                                                                      For Glenn Stearns, Trustee

MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND UNREASONABLE DELAY

Now Comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case for cause pursuant to 11 U.S.C. Section 1307(c) and in support thereof, states the following:

1. On September 2, 2021, the debtor(s) filed a petition under Chapter 13.
2. The debtor(s) has failed to:
   a) Commence making timely plan payments.
   b) File amended schedule I.

    c) File an amended plan.

3. As a result, the Debtor(s) have failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.
4. In addition, the Debtor's prior case, 21 B 04161, was also dismissed for a default in plan payments.

WHEREFORE, the Trustee prays that the case be dismissed for cause pursuant to Section 1307(c).

Respectfully Submitted;
Glenn Stearns, Trustee

_____/s/_____
By: Gerald Mylander

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532